ANNA M. SWEENY, Appellant, *v.* MAY C. WAIT, Respondent.

(Argued March 15, 1933; decided April 18, 1933.)

*Thomas J. P. Cawley, Wyman S. Bascom* and *Thomas V. Kenney* for appellant.

*James McPhillips* and *Franklin A. Dobbs* for respondent.

Judgment of the Appellate Division reversed and judgment of the Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground that, even assuming the existence of a policy covering the case, a question of fact was involved as to whether notices thereof were properly posted. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not voting: HUBBS, J.